PROB 12C
(6/16)

Report Date: July 16, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ricardo Gonzalez-Seron | Case Number: 0980 1:18CR02049-SMJ-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 6, 2018

| | | |
|---|---|---|
| Original Offense: | Alien in United States after Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 6 months<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: 01/25/2019 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: 01/24/2020 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Gonzalez-Seron is considered to be in violation of his conditions of supervision by failing to report to the probation office within 72 hours of release from confinement since on or about January 28, 2019.<br><br>On January 25, 2019, Mr. Gonzalez-Seron was released from the Bureau of Prisons' custody after serving his sentence and began his term of supervised release. He was then transferred to the custody of Yakima County Municipal Court (YKM) for an outstanding warrant regarding a pending 2017 violation of a no contact order, case number 7Z0450686.<br><br>On January 27, 2019, the YKM warrant was served. On January 28, 2019, bail in this case was set at $2,000. Mr. Gonzalez-Seron posted the cash bail and was released from custody. A pretrial court date was set for February 22, 2019. |

Prob12C
**Re: Gonzalez-Seron, Ricardo**
**July 16, 2019**
**Page 2**

Mr. Gonzalez-Seron failed to report to the probation office within 72 hours of release from confinement.

As of the date of this report, Mr. Gonzalez-Seron has yet to report to the U.S. Probation Office and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 16, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/16/2019
Date