PROB 12C
(6/16)

Report Date: January 4, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Gonzalez-Seron          Case Number: 0980 1:18CR02049-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 6, 2018

| | | |
|---|---|---|
| Original Offense: | Alien in United States after Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 6 months<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | AUSA | Date Supervision Commenced: 01/25/2019 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: 01/24/2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 7/16/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Gonzalez-Seron is considered to be in violation of his conditions of supervision by being arrested for violation of a domestic violence protection order on or about December 31, 2022, Yakima Police Department case number 22Y043577.<br><br>On December 31, 2022, at approximately 6:56 a.m., Yakima Police Officer Drumheller was dispatched to 913 South 10th Avenue, Yakima, Washington, for a report of a domestic. The call comments stated that a female was on the line saying to send a cop out and provided this address. The female said someone was not supposed to be there and said she was slapped across the face. The female then disconnected the line. She called back and would only answer yes or no questions. Dispatch was able to confirm the reporting party's name as LJ. They were also able to get information that the other involved person was named Ricardo. It was advised that the female and male were in the same room together. Dispatch was able to locate a valid/served protection order between LJ and a Ricardo Gonzalez-Seron (date of birth  08/24/1987). LJ was listed as the protected person. |

Prob12C
Re: Gonzalez-Seron, Ricardo
January 4, 2023
Page 2

As the officer was en route to the call, he looked up photographs in Spillman (local police database) of both LJ and Mr. Gonzalez-Seron. He familiarized himself with what they looked like. He also checked Mr. Gonzalez-Seron for wants/orders through Washington and National criminal databases (WACIC/NCIC), and located several misdemeanor warrants for his arrest and a protection order. The order listed him as the respondent and LJ as the protected person.

Officer Drumheller arrived on the scene and met with Officer Schilperoort. As he pulled up to the area of the residence, Officer Drumheller could see the silhouette of a person near a vehicle in front of what he believed to be 913 South 10th Avenue. He could not see more than just the top of the person and it was too dark to see any description. The person then left his field of view and he believed they went back toward the house.

Officer Drumheller parked his patrol vehicle and Officer Schilperoort approached the residence on foot. They could not hear anything coming from inside the residence and the residence was dark. Officer Drumheller knocked at the front door and heard the rear door of the residence open and the sound of footsteps in the snow/ice. Officer Schilperoort had walked to the rear of the residence by walking down the driveway as this noise was being heard. Officer Drumheller then heard officer Schilperoort say "Ricardo." He then went back to the rear door and observed an adult female standing on the back steps leading up to the back door. Mr. Gonzalez-Seron was being handcuffed by Officer Schilperoort in the driveway/parking area next to the back door. The officer looked at Mr. Gonzalez-Seron and recognized him based off his Spillman and Department of Licensing (DOL) photographs that he had previously looked at.

The female, who Officer Drumheller recognized as LJ, based off her photograph in Spillman/DOL, was asking what was going on. He informed her that they were there due to someone wanting to report a violation of a no contact order. The female continued to ask why they were there and what they were doing. Based on the confirmation, the female and male were identified as Mr. Gonzalez-Seron and LJ, and there was belief that a court order violation occurred. Mr. Gonzalez-Seron was escorted to a patrol vehicle where Officer Schilperoort searched him incident to arrest. He was then placed into the back seat of the patrol vehicle. Mr. Gonzalez-Seron confirmed his identity to Officer Schilperoort.

Officer Drumheller then went and recontacted LJ about the incident. She had walked down to his patrol vehicle. The officer requested they go speak back at her residence, away from Mr. Gonzalez-Seron. The officer told her Mr. Gonzalez-Seron was under arrest at this point due to having warrants and due to him violating the protection order that was in place between her and him. LJ told the officer that the male was not Mr. Gonzalez-Seron and his name was "Juan."

The officer asked LJ about her calling 911 and she denied calling. The officer then explained to her that their dispatch stated she identified herself on the call, and also identified Mr. Gonzalez-Seron as being the male there. LJ admitted to calling 911, but said she did not say "Ricardo," she instead said the male's name was "David." The officer asked LJ to start from the beginning since she was starting to tell the truth. He asked her what happened and she said nothing happened and that the male was not Ricardo.

Prob12C
**Re: Gonzalez-Seron, Ricardo**
**January 4, 2023**
**Page 3**

Officer Drumheller asked LJ if she was assaulted by Mr. Gonzalez-Seron or if any other crime occurred and she said no. He then asked her who else was inside and she said that her adult brother and sister were inside, sleeping. He asked her if he could come inside and she said no. He then asked her who all lived at the location and she said that she lived there with her two siblings, and that no one else lived there.

Officer Drumheller asked LJ if she would be willing to provide a statement about the incident and she said no. He then asked her if she would answer some yes or no questions about domestic violence (DV) and she said no. He asked her if she wanted any DV resources and she again said no. He asked her if there was anything else they could do to help her and she said no.

Officer Drumheller returned to his patrol vehicle and pulled up a copy of the DV No Contact Order (Order #17-1-02206-39). The order listed Mr. Gonzalez-Seron as the respondent and LJ as the protected person. The order was issued by the Yakima County Superior Court on April 13, 2018. The order was signed by a judge and was marked as being served on Mr. Gonzalez-Seron in open court on the same day. The order does not expire until April 13, 2048. The order prohibits Mr. Gonzalez-Seron from having any contact with LJ and also prohibits him from entering or remaining within 1,000 feet of LJ and/or her home. Based on this, Mr. Gonzalez-Seron was arrested for violating the order and also for his two outstanding misdemeanor warrants.

Officer Drumheller contacted the on-call Municipal Court Judge, and provided her with the information from this incident. She found probable cause to charge Mr. Gonzalez-Seron with violation of a DV no contact order and issued no bail. Mr. Gonzalez-Seron was booked into the Yakima County Jail on the charge of violation of a DV no contact order and his two misdemeanor warrants.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | January 4, 2023 |
|---|---|
| | s/Arturo Santana |
| | Arturo Santana<br>U.S. Probation Officer |

Prob12C
**Re: Gonzalez-Seron, Ricardo**
**January 4, 2023**
Page 4

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*/s/ Stanley A. Bastian*

Signature of Judicial Officer

1/5/2023

Date